IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SCOTT BERRINGER,

    Petitioner,                       No. CIV S-06-2115 WBS EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.                  FINDINGS AND RECOMMENDATIONS

/

On September 29, 2006, petitioner was ordered to either file an affidavit in support of his application for leave to proceed *in forma pauperis* or to pay the appropriate filing fees within thirty days. He was admonished that his failure to do so would result in a recommendation that this action be dismissed. The thirty-day period has expired and petitioner has not responded to the court's order. He has neither filed the required affidavit nor paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1

Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 20, 2006.

                                        /s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2